UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY P. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE NA, ET AL.,<br><br>Defendants. | 2:23-CV-11114-TGB<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff (ECF No5), this case is DISMISSED with prejudice.

DATED this 25th day of May, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge